B 1 (Official Form 1)(1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>JIMENEZ, TINA MARIE | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>aka TINA M. JIMENEZ PEREZ    aka TINA M. PEREZ<br>aka TINA J. PEREZ | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (TIN) No./Complete EIN<br>(if more than one, state all)<br>4247 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (TIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State)<br>4684 Holycon Circle<br>San Jose, CA<br>ZIPCODE 95136 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business<br>Santa Clara | County of Residence or of the Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br>same as above<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above)<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | $More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | $More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>TINA JIMENEZ |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: none | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: none | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ 11/4/15<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | TINA JIMENEZ |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Tina Marie Jimenez*
Signature of Debtor      TINA MARIE JIMENEZ

X _____
Signature of Joint Debtor
        (Not Applicable - Represented by Attorney)
Telephone Number (if not represented by attorney)

Date  *11/4/15*

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
        James S.K.Shulman
Printed Name of Attorney for Debtor(s)
        Shulman Law Offices
Firm Name
        1501 The Alameda, Suite 200
Address
        San Jose, CA 95126

        408-297-3333
Telephone Number  *11/4/15*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court

## Northern District of California

In re   TINA MARIE JIMENEZ

Case No.

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 695,000 | | |
| B - Personal Property | Yes | 3 | 7,077 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 521,900 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 697 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,397 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | 3,592 |
| TOTAL | | 14 | 702,077 | 522,597 | |

# United States Bankruptcy Court

## Northern District of California

In re   TINA MARIE JIMENEZ

Case No.

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0 |
| Student Loan Obligations (from Schedule F) | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0 |
| **TOTAL** | 0 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,397 |
| Average Expenses (from Schedule J, Line 18) | 3,592 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,517 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0 |
| 4. Total from Schedule F | | 697 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 697 |

In re   TINA MARIE JIMENEZ                                    Case No.

                                                             Chapter 13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 12 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _11/4/15_____          Signature:   _Tina Marie James_____
                                                       Debtor    TINA MARIE JIMENEZ

Date   _____          Signature:   _____
                                                       Joint Debtor
                                                       [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date   _____          Signature:   _____

                                                             _____
                                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re:  TINA MARIE JIMENEZ                                    Case No.

## SCHEDULE A -- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, .. 1-00
or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, (debtor 1 or debtor 2) or both own the property by placing an "H," "W," ("1" or "2"), "J," or "C" in the appropriate column.  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G -- Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C -- Property Claimed as Exempt.
☐ Current market value is the value of Debtor's interest in the hands of the Trustee.

I am married, filing this proceeding under title 11 U.S.C., and my spouse has not given me permission to disclose his/her financial affairs for all schedules.

| Description and Location of Property | Nature of Debtor's Interest | Husband/ Wife/ Debtor 1/ Debtor 2/ Joint/ Community | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence 4684 Holycon Circle San Jose, CA 95118 | 100% | | 695,000 | 521,900 |
| | | Total | 695,000 | |

(Report also on Summary of Schedules.)

Case: 15-53504   Doc# 1   Filed: 11/04/15   Entered: 11/04/15 18:53:01   Page 7 of 37

In re: TINA MARIE JIMENEZ                                    Case No.

## SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate .. 1-00
position in the column labeled "None."  If additional space is needed in any category, attach a separate page properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, (or Debtor 1 or Debtor 2) or both own the property by placing an "H," "W," ("1" or "2"), "J," or "C" in the appropriate column.  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C -- Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G -- Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Interest Type of Property | None | Description and Location of Property | Husband/ Wife/ Debtor 1/ Debtor 2/ Joint/ Community | Current Market Value of Debtor's in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 15 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperations. | | Chase | | 12 |
| 3.  Security deposits with public utilities telephone companies, landlords, and others. | XX | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings and appliances | | 2000 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. personal effects at residence | | 200 |
| 6.  Wearing Apparel. | | Misc. wearing apparel at residence | | 300 |
| 7.  Furs and jewelry. | | Misc. Jewelry etc. at residence | | 50 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | XX | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender value of each. | XX | | | |
| 10.  Annuities.  Itemize and name each issuer. | XX | | | |
| 11.  Interests in educational IRAs. | XX | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | XX | | | |

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Page)

| Type of Property | None | Description and Location of Property | Husband/ Wife/ Debtor 1/ Debtor 2/ Joint/ Community | Current Market Value of Debtor's in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | XX | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | XX | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | XX | | | |
| 16. Accounts receivable. | XX | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | XX | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | XX | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | XX | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | XX | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | XX | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | XX | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | XX | | | |
| 24. Customer lists provided to debtor | XX | | | |

In re:  TINA MARIE JIMENEZ                                    Case No.

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Page)

| Type of Property | None | Description and Location of Property | Husband/ Wife/ Debtor 1/ Debtor 2/ Joint/ Community | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Chevy Blazer<br>2005 BMW 325i (needs repairs) | | 2500<br>2000 |
| 26. Boats, motors, and accessories. | XX | | | |
| 27. Aircraft and accessories. | XX | | | |
| 28. Office equipment, furnishings, and supplies. | XX | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | XX | | | |
| 30. Inventory. | XX | | | |
| 31. Animals. | | 3 dogs | | 0 |
| 32. Crops - growing or harvested.  Give particulars. | XX | | | |
| 33. Farming equipment and implements. | XX | | | |
| 34. Farm supplies, chemicals, and feed. | XX | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | XX | | | |

___0__  Continuation pages attached          Total          7077

(Include amounts from any continuation pages pages attached.  Report total also on Summary of Schedules.)

In re:  TINA MARIE JIMENEZ                                        Case No.

## SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

The state under which Debtor(s) exemptions are determined: California

If exemption state is not California, applicability to non-residents? Exemption state is California.

Debtor elects the exemptions to which debtor is entitled under: [Check one]

☐ Exemptions provided in 11 U.S.C. 522(d).  (Federal Exemptions)

☒ 11 U.S.C. 522(b)(3):  Exemptions available under applicable nonbankruptcy federal laws, state or local laws and the debtor's interest as a tenant
   by the entirety or joint tenancy to the extent the interest is exempt from process under applicable nonbankruptcy law.  (State Exemptions)

   ☐ C.C.P. 703.140(b)  (Modified Federal Exemptions under California law)

   ☒ C.C.P. 704  (California Exemptions)

   Applicability of C.C.P. 703.140(a)(2):  Not applicable

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Single family residence | .730 | 75,000 | 695,000 |
| 4684 Holycon Circle | | | |
| San Jose, CA 95136 | | | |
| Cash on Hand | .070 | 11 | 15 |
| Chase | .070 | 9 | 12 |
| Household furnishings and appliances | .020 | 2000 | 2000 |
| Misc. personal effects at residence | .020 | 200 | 200 |
| Misc. wearing apparel at residence | .020 | 300 | 300 |
| Misc. Jewelry etc. at residence | .040 | 50 | 50 |
| 2004 Chevy Blazer | .010 | 2250 | 2500 |
| 2005 BMW 325i (needs repairs) | .010 | 650 | 2000 |
| 3 dogs | - | - | 0 |

In re:  TINA MARIE JIMENEZ                                                      Case No.

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation page provided.  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" including the entity on the appropriate schedule of creditors, and complete Schedule H -- Codebtors.  If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column.If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns.)Report the total of all claims listed on this schedule in the box labeled "Total" on the last page of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.        Number of continuation pages attached: 1

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | Codebtor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| Bosco Credit LLC<br>c/o The Wolf Firm, A Law Corporation<br>2955 Main Street, 2nd Floor<br>Irvine CA 92614<br>TS No. 15-0881-11 | | | Duplicate | | | | 0 | |
| Danelle Casco<br>5232 Modena Court<br>Pleasanton CA 94588 | | | Duplicate | | | | 0 | |
| Danelle Casco<br>306 Caraway Court<br>San Ramon CA 94582 | | | Secured by 3rd Deed of Trust<br><br>Value: 695000 | | | | 13614 | |
| Franklin Credit Management Corp.<br>c/o The Wolf Firm, A Law Corporation<br>2955 Main Street, 2nd Floor<br>Irvine CA 92614<br>TS No. 15-0881-11 | | | Duplicate re Bosco Credit LLC | | | | Notice Only | |
| Franklin Credit Management Corp.<br>PO Box 5147<br>Carol Stream IL 60197<br><br>8000001572 | | | Secured by 2nd Deed of Trust<br><br>Value: 695000 | | | | 85791 | |

|  | | Subtotal (Total of this page) | 99405 | |
|---|---|---|---|---|
|  | | Total (Use only on last page) | | (Report total also on Summary of Schedules) |

Note:  The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim.  Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim.  Entities with listings indicated as 'Disputed' are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: TINA MARIE JIMENEZ                                                    Case No.

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS
## (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code Account Number | Codebtor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| Franklin Credit Management Corp. PO Box 2300 Jersey City NJ 07303  8000001572 | | | Duplicate | | | | Notice Only | |
| Nationstar Mortgage PO Box 60516 City of industry CA 91716  0614571180 | | | Secured by 1st Deed of Trust  Value: 695000 | | | | 418761 | |
| Nationstar Mortgage PO Box 619094 Dallas TX 75261  0614571180 | | | Duplicate | | | | 0 | |
| Portfolio Recovery Associates, LLC c/o Hunt and Henriques 151 Bernal Road #8 San Jose CA 95119 110CV190108 | | | Secured by judgment lien  Value: 695000 | | | | 3734 | |
| Portfolio Recovery Associates, LLC 120 Corporate Blvd. Norfolk VA 23502  517805219714XXXX | | | Duplicate | | | | Notice Only | |
| | | | | | | | | |
| | | | Subtotal (Total of this page) | | | | 422495 | |
| | | | Total (Use only on last page) | | | | 521900 | (Report total also on Summary of Schedules) |

Note:  The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim.  Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim.  Entities with listings indicated as "Disputed" are noticed the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

## SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the pages provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached pages, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" including the entity on the appropriate schedule of creditors, and complete Schedule H -- Codebtors. If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column. If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns.) Report the total of claims listed on each page in the box labeled "Subtotal" on each page. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last page of the completed schedule. Repeat this total also on the Summary of Schedules.

☒☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.  Number of continuation pages attached: 0

## TYPES OF PRIORITY CLAIMS (Check the appropriate boxes below if claims in that category are listed on this or attached pages)

Totals

0 ☐ **ADMINISTRATIVE EXPENSES.** Administrative expenses allowed under 11 U.S.C. 503(b) and any fees and charges assessed against the estate under chapter 123 of title 28.  11 U.S.C. 507(a)(2)

0 ☐ **DOMESTIC SUPPORT.** Claims for domestic support to a spouse, former spouse, or child of the debtor or a governmental unit collecting such support provided in 11 U.S.C. 507(a)(1).

0 ☐ **EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief, 11 U.S.C. 507(a)(3).

0 ☐ **WAGES, SALARIES, AND COMMISSIONS.** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives, up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

0 ☐ **CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(5).

0 ☐ **CERTAIN FARMERS AND FISHERMEN.** Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(6).

0 ☐ **DEPOSITS BY INDIVIDUALS.** Claims of individuals up to $2,225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. 507(a)(7).

0 ☐ **TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS.** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

0 ☐ **COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION.** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. 507(a)(9).

0 ☐ **DRUNK INJURY OR DEATH.** Claims for death or personal injury resulting from the debtor's operation of motor vehicle or boat while intoxicated from using alcohol, drugs or another substance.  11 U.S.C. 507(a)(10).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Type of Priority: No Priority Claims

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | C o d e b t o r | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative contest of the existence, validity, or amount of their claim. | Subtotal (Total of this page) | 0 |
| | Total (Use only on last page) | 0 |
| | | (Report total also on Summary of Schedules) |

In re: TINA MARIE JIMENEZ                                      Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column.  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)  Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.          Number of continuation pages attached: 1

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | Codebtor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| American Express<br>PO Box 981535<br>El Paso  TX  79998<br><br>349991484978XXXX | | | | | | X | 0 |
| Bank of America<br>PO Box 982235<br>El Paso  TX  79998<br><br>7497599894XXXX | | | | | | X | 0 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Dr., Ste. 4A<br>Valhalla  NY  10595<br><br>1645XXXX | | | | | | X | 0 |
| Comenity Bank<br>Bankruptcy Department<br>PO Box 182125<br>Columbus  OH  43218<br>5856 3752 0828 2194 | | | Duplicate | | | | Notice Only |
| Comenity-Christopher and Banks<br>PO Box 659728<br>San Antonio  TX  78265<br><br>5856 3752 0828 2194 | | | | | | | 97 |

|  | Subtotal (Total of this page) | 97 | (Report total also on Summary of Schedules) |
|---|---|---|---|
|  | Total (Use only on last page) | | |

Note:  The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim.  Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific acknowledgment by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim.  Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative contest of the existence, validity, or amount of their claim.

In re: TINA MARIE JIMENEZ

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code  Account Number | Codebtor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Credit First N.A. PO Box 81315 Cleveland OH 44181  53503XXXX | | | | | | X | 0 |
| Macy's Bankruptcy Processing PO Box 8053 Mason OH 45040 436572708310 | | | | | | | 258 |
| Pinnacle Credit Services PO Box 640 Hopkins MN 55343  NG056XXXX | | | | | | X | 0 |
| Synchrony Bank Attn: Bankruptcy Dept. PO Box 965061 Orlando FL 32896 6019183296450273 | | | | | | | 342 |
| Two Jinn Inc. c/o Titan Receivables 7700 Irvine Center Dr., Ste. 800 Irvine CA 92618 1005XXXX | | | | | | X | 0 |
| | | | | | | | |
| | | | | Subtotal (Total of this page) | | | 600 |
| | | | | Total (Use only on last page) | | | 697 |

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative defense of the existence, validity, or amount of their claim.

In re: TINA MARIE JIMENEZ                                    Case No.

## SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

Number of continuation pages attached:  0

| Name and Mailing Address Including Zip Code of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re: TINA MARIE JIMENEZ                                    Case No.

## SCHEDULE H -- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒  Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

| Debtor 1 TINA MARIE JIMENEZ | Check if this is: |
|---|---|
| Debtor 2 | An amended filing |
| Case No. | A supplement showing post-petition chapter 13 income as of the following date: [enter date] |

## *Official Form B 6I – Schedule I: Your Income*

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse.

| PART 1: | Describe Employment | | |
|---|---|---|---|

1. Fill in your employment information. [List each job separately]. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies.

| Employed? | Debtor 1: Yes | Debtor 2: | |
|---|---|---|---|
| **Debtor 1 or 2** | **Job 1: Debtor 1** | **Job 2: Debtor** | **Job 3: Debtor** |
| Occupation | Family Specialist | | |
| Employer's Name | Unity Care Group, Inc. | | |
| Employer's Address | 1400 Parkmoor Avenue #115 San Jose, CA 95126 | | |
| How long employed? | 3 years | | |

| PART 2: | Give Details About Monthly Income | | |
|---|---|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated. If you or your spouse have more than one employer, combine the information for all employers per person on the lines below. 2. "Monthly gross" includes monthly gross wages, salary, and commissions (before all payroll deductions). 3. Estimate monthly overtime. 8.c. List family support payments received by you, a non-filing spouse, or a dependent regularly receive. 11. Include contributions [to expenses listed in Schedule J] from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Debtor 1 or 2 | Debtor 1 Totals | Debtor 2 Totals | |
|---|---|---|---|
| 2. Monthly gross | 3618 | | |
| 3. Monthly overtime | | | |
| 4. (Total) gross | 3618 | | |
| 5. Deductions | | | |
| a. Tax, Medicare, etc | 553 | | |
| b. Mandatory retirement | | | |
| c. Voluntary retirement | | | |
| d. Retirement loan pmts | | | |
| e. Insurance | 168 | | |
| f. Domestic support | | | |
| g. Union dues | | | |
| h. | | | |
| 6. (Total) deductions | 721 | | |
| 7. Mo take-home pay | 2897 | | |
| 8. Other regular income | | | |
| a. Property or business | | | |
| Total gross income | | | |
| Minus expenses | | | |
| Total mo net income | | | |
| b. Interest & dividends | | | |
| c. Family support rec'd | | | |
| d. Unemployment comp | | | |
| e. Social Security | | | |
| f. Other govt (specify) | | | |
| g. Pension or retirement | | | |
| h. Contributions from renters | 1500 | | |
| 9. Total other income | 1500 | Total Net Debtor 1 + Debtor 2 | |
| 10. Total net mo income | 4397 | | 4397 |
| 11. Other contributions | *Source* | *Monthly Contribution* | |
| | | | |
| | | Total other contributions | |
| 12. Grand total | (combined monthly income)   4397 | | 4397 |

| 13. Do you expect an increase or decrease within the year after you file this form? If yes, explain: Any increases or decreases would be insignificant. | No |
|---|---|

| Debtor 1 TINA MARIE JIMENEZ | Check if this is: |
|---|---|
| Debtor 2 | ☐ An amended filing |
| Case No. | ☐ A supplement showing post-petition chapter 13 income as of the following date: [enter date] |
| | ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household. |

### Official Form B 6J – Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If Debtor 2 lives in a separate household, Debtor 2 must file a separate Schedule J.

| PART 1: | Describe Your Household | | | |
|---|---|---|---|---|
| 1. Is this a joint case? | No   If "No", go to line 2. | If Yes, does Debtor 2 live in a separate household? | | |
| 2. Do you have dependents? [Debtor 1 and Debtor 2 do not count as dependents. Do not state dependent's names.] | | | | No |
| | **Dependent 1** | **Dependent 2** | **Dependent 3** | **Dependent 4** |
| Relationship to Debtor/s | | | | |
| Age | | | | |
| Lives with Debtor/s? | | | | |
| 3. Do your expenses include expenses of people other than yourself and your dependents? | | | | No |

| PART 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date. Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I*. 4. Include 1st mortgage (not junior mortgages) and any rent for the ground or lot. 4.a-d. Include only if not included on line 4. 12. Do not include car payments. 15. and 16. Exclude payroll deductions and items on lines 4 and 20.

| | | | | |
|---|---|---|---|---|
| 4. Rental / home expenses (incl 1st mtg) **for residence** | 2366 | 16. Taxes | | |
| a. Real estate taxes | | a. | | |
| b. Property, homeowner's, or renter's insurance | | 17. Installment or lease payments: | | |
| c. Home maintenance, repair, upkeep | | a. Car payments for Vehicle 1 | | |
| d. Homeowner's association or condominium dues | | b. Car payments for Vehicle 2 | | |
| 5. Additional mortgage payments for residence | | c. | | |
| 6. Utilities | | d. | | |
| a. Electricity, heat, natural gas | 109 | 18. Alimony, maintenance, support (exclude payroll ded) | | |
| b. Water, sewer, garbage collection | 48 | 19. Your payments supporting others not living with you | | |
| c. Telephone, cell phone, internet, satellite, cable | 184 | a. | | |
| d. | | 20. Other real property expenses not in line 4 or 5 | | |
| 7. Food and housekeeping supplies | 375 | a. Mortgages on other property | | |
| 8. Childcare and children's education costs | | b. Real estate taxes | | |
| 9. Clothing, laundry, and dry cleaning | 50 | c. Property, homeowner's, renter's insurance | | |
| 10. Personal care products and services | 10 | d. Maintenance, repair, and upkeep | | |
| 11. Medical and dental expenses | 160 | e. Homeowner's association or condominium dues | | |
| 12. Transportation (gas, maintenance, bus or train fare) | 200 | 21. a. | | |
| 13. Entertainment, clubs, recreation, newspapers, books | | b. | | |
| 14. Charitable contributions, religious donations | | 22. Total monthly expenses (add lines 4-21) | | 3592 |
| 15. Insurance | | 23. Calculate monthly net income | | |
| a. Life insurance | | a. Copy line 12 from Schedule I | | 4397 |
| b. Health insurance | | b. Copy line 22 above (Schedule J) and subtract from 23.a | | 3592 |
| c. Vehicle insurance | 90 | c. Equals monthly net income | | 805 |
| d. | | | | |
| 24. Do you expect an increase or decrease within the year after you file this form? If yes, explain: Any increases or decreases would be insignificant. | | | | No |

In re:  TINA MARIE JIMENEZ                                         Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21.  Each question must be answered.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to:  relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101(30).

### 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT |  | SOURCE (If more than one) |
|---|---|---|---|
| 1: | This year (so far): | 34,557 (est) | |
|  | Previous year: | 39,290 (est) | |
|  | Next previous year: | 25,715 (est) | |

### 2.  Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $717 | Rental income (2014) |

### 3.  Payments to creditors

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE, except required minimum payments on unsecured debts and regular instalment payments on any secured debts, such as vehicle loans, house loans, or vehicle leases, or residential rent.

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or

were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 4. Suits, executions, garnishments and attachments

a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE, except for any payment to Shulman Law Offices, as disclosed in the Fee Disclosure Statement pursuant to BR 2016, filed herein. Also, nominal amount paid for required credit counseling certificate to approved agency, if debtor(s)' income is over 150% of poverty level.

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

NONE

## 15. Prior address of debtor

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.
"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

NONE

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE

## 18.  Nature, Location and Name of Business

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.
       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.
       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME & ADDRESS | TIN# | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| Tina Marie Jimenez | | Child care (Ind Contractor) | 2012-2014 |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. 101.

NONE


       Questions 19 - 25 are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.  An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.

_____  Questions 19 - 25 are inapplicable to the debtor and therefore are not included hereafter.

Case: 15-53504    Doc# 1    Filed: 11/04/15    Entered: 11/04/15 18:53:01    Page 24 of 37

## 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NONE

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NONE

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME & ADDRESS
The debtor

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NONE

## 20. Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

NONE

## 21. Current partners, officers, directors and shareholders

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE

b.  If the debtor is a corporation, list all officers and directors of the corporation and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

NONE

## 22. Former partners, officers, directors and shareholders

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NONE

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NONE

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NONE

24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NONE

25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NONE

[If completed by an individual and spouse]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Dated: 11/4/15

TINA MARIE JIMENEZ

__0__ (#) continuation pages attached

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. 152 and 3571

James S.K. Shulman, Esq. #118938
1501 The Alameda, Suite 200
San Jose, CA 95126
(408) 297-3333

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

TINA MARIE JIMENEZ

Debtor(s) _____ /

Chapter 13

Case No.

DISCLOSURE OF COMPENSATION UNDER 11
U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)

I certify that I am the attorney for the above-named debtor(s) and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the debtor(s) in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been after one year before the date of the filing of the petition, is as follows: $500 paid; $4,150 to be paid, and that the source of the compensation paid is debtor(s)' wages, and that the source of the compensation agreed to be paid is debtor(s)' wages and earnings paid to the Chapter 13 Trustee.

I have not agreed to share this compensation with any other person, except for the partners and associates of my firm.

Dated: 11/4/15

Attorney for debtor(s), James S.K. Shulman

James S.K. Shulman, Esq.  #118938
1501 The Alameda
San Jose CA 95126
(408) 297-3333
Attorney for Debtor(s)


# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Chapter 13
TINA MARIE JIMENEZ                                   Case No.

                                                    CREDITOR MATRIX COVER SHEET

Debtor(s)
_____/


    I, JAMES S.K. SHULMAN, the debtors' attorney herein declare that the attached CREDITOR MAILING MATRIX, consisting of ___3___ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in the debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Dated:  November 4, 2015

                                                                                                    JAMES S.K. SHULMAN
                                                                                              Attorney for Debtor(s)

Bosco Credit LLC
c/o The Wolf Firm, A Law Corporation
2955 Main Street, 2nd Floor
Irvine  CA  92614


Danelle Casco
5232 Modena Court
Pleasanton  CA 94588


Danelle Casco
306 Caraway Court
San Ramon  CA  94582


Franklin Credit Management Corp.
c/o The Wolf Firm, A Law Corporation
2955 Main Street, 2nd Floor
Irvine  CA  92614


Franklin Credit Management Corp.
PO Box 5147
Carol Stream  IL  60197


Franklin Credit Management Corp.
PO Box 2300
Jersey City  NJ  07303


Nationstar Mortgage
PO Box 60516
City of industry  CA  91716


Nationstar Mortgage
PO Box 619094
Dallas  TX  75261

Portfolio Recovery Associates, LLC
c/o Hunt and Henriques
151 Bernal Road #8
San Jose  CA  95119


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk VA 23502


American Express
PO Box 981535
El Paso  TX  79998


Bank of America
PO Box 982235
El Paso  TX  79998


Cavalry Portfolio Services, LLC
500 Summit Lake Dr., Ste. 4A
Valhalla  NY  10595


Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus  OH  43218


Comenity-Christopher and Banks
PO Box 659728
San Antonio  TX  78265


Credit First N.A.
PO Box 81315
Cleveland  OH  44181

Macy's
Bankruptcy Processing
PO Box 8053
Mason  OH  45040


Pinnacle Credit Services
PO Box 640
Hopkins  MN  55343


Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965061
Orlando  FL  32896


Two Jinn Inc.
c/o Titan Receivables
7700 Irvine Center Dr., Ste. 800
Irvine  CA  92618

| United States Bankruptcy Court<br>For the Northern District of California | Check as directed in lines 17 and 21:<br>According to the calculations required by this Statement: |
|---|---|
| Debtor 1:    TINA MARIE JIMENEZ | ☐ 1. Disposable income is **not** determined under 11 U.S.C.<br>    § 1325(b)(3).<br>☒ 2. Disposable income is determined under 11 U.S.C.<br>    § 1325(b)(3). |
| Debtor 2: | |
| Case No. | ☐ 3. The commitment period is 3 years.<br>☒ 4. The commitment period is 5 years. |

Official Form 22C-1                             ☐ Check if this is an amended filing

# Chapter 13 Statement of Your Current Monthly Income
                                                                               (12/14)

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known

## PART 1: Calculate Your Average Monthly Income

1. What is your marital and filing status? Check one only.
    ☒ Not married. Fill out Column A, lines 2-11.
    ☐ Married. Fill out both Columns A and B, lines 2-11.

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.
    Column A: Debtor 1. Column B: Debtor 2 or non-filing spouse.

| | | | | *Column A* | *Column B* |
|---|---|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | | | 3,317 | |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | | | 0 | |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | 0 | |
| 5. | Net income from operating a business, profession, or farm.<br>[Note: per case law, only gross income is reported here. Ordinary business expenses are deducted on line 43 of Form 22A-2.] | Gross receipts | 0 | | |
| | | Expenses      *Minus* | | | |
| | | Net monthly income | 0 | | |
| 6. | Net income from rental and other real property. | Gross receipts | 0 | | |
| | | Expenses      *Minus* | 0 | | |
| | | Net monthly income | 0 | | |
| 7. | Interest, dividends, and royalties. | | | 0 | |
| 8. | Unemployment compensation. List in left column (not A or B) if you contend it was Social Security Act benefit. | Debtor 1 | 0 | 0 | |
| | | Debtor 2 / n-f spouse | | | |
| 9. | Pension or retirement income. Do not include any amount received under the Social Security Act. | | | 0 | |
| 10. | Income from all other sources not listed above. Specify source and amount. Do not include any Social Security Act benefits, or specific victim-related payments. | Rent contributions | | 1,200 | |
| 11. | Calculate your total average monthly income. Subtotal, then total the subtotals. | Subtotal Columns A and B separately | | 4,517 | |
| | | Total the subtotals | | 4,517 | |

## PART 2: Determine How to Measure Your Deductions from Income

| 12. | Copy your total average monthly income from line 11. | 4,517 |
|---|---|---|
| 13. | Calculate the marital adjustment. Check one:<br>☒ You are not married. Fill in 0 in line 13d.<br>☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.<br>☐ You are married and your spouse is not filing with you. Fill in the amount of the income listed in line 11, Column B, that was | |

Case: 15-53504    Doc# 1    Filed: 11/04/15    Entered: 11/04/15 18:53:01    Page 32 of 37

| | |
|---|---|
| Debtor 1: TINA MARIE JIMENEZ | Case No. |
| Debtor 2: | |

| 13. ctd | NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents. In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If this adjustment does not apply, enter 0 on line 13d. | | a. | | |
|---|---|---|---|---|---|
| | | | b. | | |
| | | | c. | | |
| | | | d. Total | | 0 |
| 14. | Your current monthly income. Subtract line 13d from line 12. | | | | 4,517 |
| 15. | Calculate your current monthly income for the year on line 15b. | a. Copy your total current monthly income from line 14. | | | 4,517 |
| | | b. Multiply 15a by 12 (the number of months in a year). | | | 54,204 |
| 16. | Calculate the median family income that applies to you. | State in which you live. | | California | |
| | | Number of people in your household. | | 1 | |
| | | Median family income for your state and size of household. | | | 50,519 |

17. **How do the lines compare?**

a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1, check box 1, *Disposable income is **not** determined under 11 U.S.C. § 1325(b)(3).* Go to Part 3. Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

b. ☒ Line 15b is more than line 16c. On the top of page 1, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* Go to Part 3 and fill out *Calculation of Disposable Income* (Official Form 22C-2). On line 39 of that form, copy your monthly income from line 14 above.

## PART 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

| 18. | Copy your total average monthly income from line 11. | | | 4,517 |
|---|---|---|---|---|
| 19. | Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income copy the amount from line 13d. If the marital deduction does not apply fill in 0 on line 19a. | a. Copy the amount from line 13d. | | 0 |
| | | b. Subtract line 19a from line 18. | | 4,517 |
| 20. | Calculate your **current monthly income** for the year for this part of the form. Follow these steps. | a. Copy line 19b. | | 4,517 |
| | | b. Multiply line 19b by 12 (months in a year). | | 54,204 |
| | | c. Copy the median family income from line 16c. | | 50,519 |

21. **How do the lines compare?**

a. ☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

b. ☒ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## PART 4: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

_Tina Marie Jimenez_ (signature)

Signature of Debtor 1
TINA MARIE JIMENEZ

Signature of Debtor 2

Date: 11/4/15

Date: _____

If you checked line 17a, do NOT fill out or file Form 22C-2.
If you checked line 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your currently monthly income from line 14 above.

Case: 15-53504   Doc# 1   Filed: 11/04/15   Entered: 11/04/15 18:53:01   Page 33 of 37

<table>
<tr><td colspan="2">United States Bankruptcy Court<br>For the Northern District of California</td></tr>
<tr><td colspan="2">Debtor 1: TINA MARIE JIMENEZ</td></tr>
<tr><td colspan="2">Debtor 2:</td></tr>
<tr><td colspan="2">Case No.</td></tr>
</table>

## Official Form 22C-2

☐ Check if this is an amended filing

# Chapter 13 Calculation of Your Disposable Income

(12/14)

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 22C-1). Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## PART 1: Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office. Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from income in lines 5 and 6 of Form 22C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C-1. [Note: per case law, business expenses are deducted on line 43 of this Form.] If your expenses differ from month to month, enter the average expense. Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

| 5. | The number of people used in determining your deductions from income. Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household. | | 1 | |
|---|---|---|---|---|

*National Standards. You must use the IRS National Standards to answer the questions in lines 6-7.*

| 6. | **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. | | | 585 |
|---|---|---|---|---|

| 7. | **Out-of-pocket health care** allowance: Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amounts based upon the ages of your dependents. | | | |
|---|---|---|---|---|
| | 7a. Under 65 yrs allowance | 60 | 7d. 65 yrs and over allowance | 144 |
| | 7b. Number of dependents under 65 yrs | 1 | 7e. Number of dependents 65 yrs + | 0 |
| | 7c. Under 65 yrs subtotal | 60 | 7f. 65 yrs + subtotal | 0 |
| | 7g. Total Out-of-pocket health care allowance. Add lines 7c and 7f | | | 60 |

*Local Standards. You must use the IRS Local Standards to answer the questions in lines 8-15. To answer the questions in lines 8-9, use the U.S. Trustee Program chart which divides the IRS Local Standards for housing for bankruptcy purposes into two parts.*

| 8. | Housing and utilities – **Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. | | | 457 |
|---|---|---|---|---|

| 9. | Housing and utilities – **Mortgage or rent** expenses: Subtract line 9b from line 9a. If this amount is less than $0, enter $0. | a. IRS Local Standards amount | 2,390 | |
|---|---|---|---|---|
| | | b. Total avg mo home pmts (from line 33) | 2,366 | |
| | | c. Net mortgage/rental expense | | 24 |

| 10. | If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim. Explain why. | | | 0 |
|---|---|---|---|---|

| 11. | Local transportation expenses: Check the number of vehicles for which you claim an ownership or operating expenses. | ☐ 0. Go to line 14.<br>☐ 1. Go to line 12.<br>☒ 2 or more. Go to line 12. | | |
|---|---|---|---|---|

| 12. | **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. [Note: 12b. is the UST $200/older vehicle (6 yrs+ or 75,000+ miles) allowance if vehicle is not encumbered.] | *Type of operating expense* | *No.* | *$ amount* |
|---|---|---|---|---|
| | | a. Basic operating expense | 2 | 612 |
| | | b. UST older vehicle allowance | 2 | 400 |
| | | c. Total claimed | | 1,012 |

Case: 15-53504    Doc# 1    Filed: 11/04/15    Entered: 11/04/15 18:53:01    Page 34 of 37

| | | | | | |
|---|---|---|---|---|---|
| 13. | **Vehicle ownership or lease expense**: Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle listed here. You may not claim the expense if you do not make any loan or lease payments on the vehicle. You may not claim the expense for more than two vehicles. | 13a. Vehicle 1: IRS Standard cost | 0 | | |
| | | 13b. Vehicle 1: avg mo pmt from line 33 | 0 | | |
| | | 13c. Vehicle 1: net ownership/lease exp | | 0 | |
| | | 13d. Vehicle 2: IRS Standard cost | 0 | | |
| | | 13e. Vehicle 2: avg mo pmt from line 33 | 0 | | |
| | | 13f. Vehicle 2: net ownership/lease exp | | 0 | |
| 14. | **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. | | | | 0 |
| 15. | **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. | | | | 0 |

*Other Necessary Expenses.* In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

| | | |
|---|---|---|
| 16. | **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes. Do not include real estate, sales, or use taxes. | 500 |
| 17. | **Involuntary Deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs. Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. | 0 |
| 18. | **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. | 0 |
| 19. | **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. | 0 |
| 20. | **Education:** The total monthly amount that you pay for education that is either required: 1) as a condition for your job, or 2) for your physically or mentally challenged dependent child if no public education is available for similar services. | 0 |
| 21. | **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education. | 0 |
| 22. | **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7. Payments for health insurance or health savings accounts should be listed only in line 25. | 100 |
| 23. | **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer. Do not include basic home telephone, internet, and cell phone service. Do not include self-employment expenses reported on line 5 of Form 22C-1. | 0 |
| 24. | Add all of the expenses allowed under the IRS expense allowances. Add lines 6 through 23. | 2,738 |

*Additional Expense Deductions.* These are additional deductions allowed by the Means Test. *Note*: Do not include any expense allowances listed in lines 6-24.

| | | | | |
|---|---|---|---|---|
| 25. | **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents. | Health insurance | 168 | |
| | | Disability insurance | 0 | |
| | | Health savings account | 0 | |
| | | Total | | 168 |
| | | If you actually spend less, what is that amount? | 0 | |
| 26. | **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or dis-abled member of your household or member of your immediate family who is unable to pay for such expenses. | | | 0 |
| 27. | **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential. | | | 0 |
| 28. | **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8. If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs. You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary. | | | 0 |

| Debtor 1: TINA MARIE JIMENEZ | Case No. |
|---|---|
| Debtor 2: | |

| 29. | **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school. You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23. * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment. | 0 |
|---|---|---|
| 30. | **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards. To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office. You must show that the additional amount claimed is reasonable and necessary. | 0 |
| 31. | **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4). Do not include any amount more than 15% of your gross monthly income. | 0 |
| 32. | **Add all of the additional expense deductions.** Add lines 25 through 31. | 168 |

*Deductions for Debt Payment*

| 33. | For **debts that are secured** by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines and total. To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy, then divide by 60. In brackets: "1" = Vehicle 1, "2" = Vehicle 2, "h" = home, "t" = pmts include taxes, "i" = pmts include insurance. | Name of Creditor | Property Securing Debt | 60-mo avg | |
|---|---|---|---|---|---|
| | | Bosco Credit LLC [h] | Residence | 410 | |
| | | Danelle Casco [h] | Residence | 51 | |
| | | Nationstar Mortgage [h][t][i] | Residence | 1,905 | |
| | | 33g. | Total: Add lines above and any attachments | 2,366 | |

| 34. | Are any debts that you listed in line 33 secured by your primary residence, a vehicle or other property necessary for your support or the support of your dependents?<br>☐ No. Go to line 35.<br>☒ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, **to keep possession of your property** (called the *cure amount*). Next, divide by 60 and fill in the information. | Name of Creditor | Property Securing Debt | 60-mo avg | |
|---|---|---|---|---|---|
| | | Bosco Credit LLC | Residence | 463 | |
| | | Danelle Casco | Residence | 94 | |
| | | Nationstar Mortgage | Residence | 32 | |
| | | Portfolio Rec.Assoc. | Lien on Residence | 71 | |
| | | | Total: Add lines above and any attachments | 660 | |

| 35. | Do you owe any **priority claims** such as a priority tax, child support, or alimony that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.<br>☒ No. Go to line 36.<br>☐ Yes. Fill in the total amount of all of these priority claims (excluding such amounts on line 19) divided by 60. | | | | 0 |
|---|---|---|---|---|---|
| 36. | Average monthly administrative expense. | Projected Ch 13 plan pmt | 805 | | |
| | | District multiplier per EOUST | 7.1 | | |
| | | Avg mo Ch 13 admin expense | | | 57 |
| 37. | **Add all of the deductions for debt payment.** Add lines 33g through 36. | | | | 3,083 |

*Total Deductions from Income*

| 38. | Add all of the allowed deductions and enter the total of lines 24, 32, and 37 in the right hand column. | Line 24. IRS expense allowances | 2,738 | |
|---|---|---|---|---|
| | | Line 32. Additional expenses | 168 | |
| | | Line 37. Debt payment deductions | 3,083 | |
| | | Total lines 24, 32, 37 | | 5,989 |

| Debtor 1: TINA MARIE JIMENEZ | Case No. |
|---|---|
| Debtor 2: | |

## PART 2: Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

| | | |
|---|---|---|
| 39. | Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.* | 4,517 |
| 40. | Fill in any reasonably necessary income you receive for support for dependent children. The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part1 of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. | 0 |
| 41. | Fill in all qualified retirement deductions. The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. §3 62(b)(19). | 0 |
| 42. | Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A). Copy line 38 here. | 5,989 |
| 43. | Deduction for special circumstances. If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses. First column: explanation; second column: amount of expense.    d. Total (add all above lines in 43) | 0 |
| 44. | Total adjustments. Add lines 40 through 43d | 5,989 |
| 45. | Calculate your monthly disposable income under § 1325(b)(2). Subtract line 44 from line 39. | - 1,472 |

## PART 3: Change in Income or Expenses

| | | |
|---|---|---|
| 46. | Change in income or expenses. If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase. [Note: All adjustments pursuant to *Hamilton v. Lanning*, 130 S.Ct. 2466 (2010) are included in the 22C-1 and 22C-2 forms filed herewith and their explanations and details are included below.] | |

| Form | Line | Reason for change | Date of change | Incr/Decrease | $ amount |
|---|---|---|---|---|---|
| C-1 | 10 A | [Rent contributions] | | Decrease | 0 |

## PART 4: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

*Tina Marie Jimenez*

Signature of Debtor 1
TINA MARIE JIMENEZ

Signature of Debtor 2

Date: 11/4/15

Date: _____