UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:

TINA MARIE JIMENEZ

Case No. 15-53504-SLJ

Amended Chapter 13 Plan

Debtor(s)

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the Debtor(s) will pay to the Trustee the sum of $805 each month.

   Initial attorneys fees are requested in the amount of $4,650.     ☐ Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   (a) On allowed claims for expenses of administration required by 11 U.S.C. Sec. 507(a)(2) in deferred payments.
   (b) On allowed secured claims, which shall be treated and valued as follows:

   | Name | Value of Collateral | Estimated Mortgage/ Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If specified) |
   |---|---|---|---|---|
   | Bosco Credit LLC/Franklin Credit Management Corp. | 695,000 | 27,830 | 10 | 0.00% |
   | Portfolio Recovery Associates LLC | 695,000 | n/a | 10 | 10.00% |
   | Nationstar Mortgage | 695,000 | 5,850 | 10 | 0.00% |
   | Danelle Casco | 695,000 | 5,614 | 10 | 0.00% |

   [The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of paragraph 2(d).]

   (c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. Sec. 507.
   (d) On allowed general unsecured claims as follows:
      X   at a rate of  100.00  cents on the dollar. The estimated term of the plan is  55  months. (Percentage Plan)
      __  the sum of $_____ payable over ____ months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in paragraph 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months of the petition date. (Pot Plan)

3. The debtor(s) elect to reject the following executory contracts or leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtors(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from the rejection will be paid under paragraph 2(d).

4. The Debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

   | Name | Monthly Payment | Name | Monthly Payment |
   |---|---|---|---|
   | Bosco Credit LLC/ Franklin Credit Management Corp. (subject to contractual adjustments) | $410.47 | Nationstar Mortgage | $1904.57 |
   | | | Danelle Casco | $50.57 |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The Debtor(s) elect to have property of the estate:
   __ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   X  revest in the debtor(s) upon plan confirmation. Once property revests, the Debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose, pursuant to 11 U.S.C. Sec. 1322(b): The claims of unsecured creditors shall be paid 100 cents on the dollar with .23% annual interest accruing thereon.

Dated: 3/22/16

Rev. 12/06

Debtor, TINA MARIE JIMENEZ  *(signed)*

```
1  (408) 297-3333      ID#118938
   JAMES S.K. SHULMAN, ESQ.
2  Shulman Law Offices
   1501 The Alameda, Suite 200
3  San Jose, CA 95126

4  Attorney for Debtor(s).

5
                    UNITED STATES BANKRUPTCY COURT
6
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
   In re
8                                  ]   Case No. 15-53504-SLJ
   Tina Marie Jimenez              ]   Chapter   13
9                                  ]
             Debtor(s).             ]   CERTIFICATE OF SERVICE
10 _____]
```

I, the undersigned, declare that I am employed in the County of <u>Santa Clara</u>. I am over the age of 18 and not a party to the within entitled action. My business address is <u>1501 The Alameda, Suite 200, San Jose, California 95126.</u>

On <u>March 23, 2016</u> I served the within <u>Amended Chapter 13 Plan</u>

(document) by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at <u>San Jose, California,</u> to all parties entitled to receive regularly mailed notices, addressed as follows:

| | |
|---|---|
| Prober & Raphael, A Law Corp.<br>Attn: Halie L. Leonard, Esq.<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 | Mark T. Domeyer, Esq.<br>THE WOLF FIRM, A Law Corp.<br>2955 Main Street, Second Floor<br>Irvine, CA 92614 |

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon electronic filing of the above-named document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Date: <u>March 23, 2016</u>, at San Jose, California.

*/s/ Christine Bechler*
Christine Bechler